UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEOR KWELLER and
ZOE LIBERMAN,

                  Plaintiffs,

-against-

THE COUNTY OF BROOME, et al.,

                  Defendants.

**NOTICE OF APPEARANCE**

Case No. 3:25-cv-343 (ECC/ML)

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant **ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON**.

Dated: March 28, 2025        HACKER MURPHY, LLP

                                      By: /s/ James C. Knox
                                            James C. Knox
                                            Bar Roll No. 517109
                                  *Attorneys for Defendant Assistant District Attorney*
                                          *Alyssa Congdon*
                                  Office & P.O. Address
                                  28 Second Street
                                  Troy, New York   12180
                                  Telephone:  (518) 274-5820

TO:    All Parties (via CM/ECF)