UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEOR KWELLER and
ZOE LIBERMAN,

            Plaintiffs,

-against-

THE COUNTY OF BROOME, et al.,

           Defendants.

**NOTICE OF APPEARANCE**

Case No. 3:25-cv-343 (ECC/ML)

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant **ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON**.

Dated: March 28, 2025

HACKER MURPHY, LLP

By: /s/ Alishah Bhimani
    Alishah Bhimani
    Bar Roll No. 704214
*Attorneys for Defendant Assistant District Attorney Alyssa Congdon*
Office & P.O. Address
28 Second Street
Troy, New York 12180
Telephone: (518) 274-5820

TO: All Parties (via CM/ECF)