UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEOR KWELLER and ZOE LIEBERMAN,<br><br>        *Plaintiff*,<br><br>vs.<br><br>**THE COUNTY OF BROOME, et al.**,<br><br>        *Defendants*. | **NOTICE OF APPEARANCE OF ERIN M. TYREMAN**<br><br>Civil Action No.:<br>3:25-cv-00343-ECC-ML |

**PLEASE TAKE NOTICE** that the undersigned hereby appears for Defendants Michael A. Korchak and Mark Loughran in the above-captioned matter and requests that he be placed on the Court's docket and mailing matrix.

**DATED:**    April 3, 2025

BARCLAY DAMON LLP

By: _/s/ Erin M. Tyreman_
Erin M. Tyreman
Bar Roll No. 700711

*Attorneys for Defendants Michael A. Korchak and Mark Loughran*

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone (315) 425-2751
Facsimile: (315) 425-8544
E-Mail: etyreman@barclaydamon.com

31070425.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent notification of such filing to the following:

**Cuomo LLC**
Attn: Oscar Michelen
200 Old Country Road, Suite 2 South
Mineola, NY 11501
Omichelen@cuomollc.Com

**Newirth Linehan PLLC**
Attn: Karen A. Newirth
43 West 43rd Street, Suite 160
New York, NY 10036
karen@newirth-law.com

**Brafman & Assocs.**
Attn: Andrea Zellan
256 Fifth Avenue, 2nd Floor
New York, NY 10001
azellan@braflaw.com

**Hacker Murphy LLP**
Attn: James C. Knox
Elena Bhimani
28 Second Street
Troy, NY 12180
jknox@hackermurphy.com
abhimani@hackermurphy.com

Erin M. Tyreman
Bar Roll No. 700711

31070425.1