UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEOR KWELLER AND ZOE LIBERMAN,<br><br>                                              Plaintiff,<br>          v.<br><br>THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1–10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG,<br><br>                                                Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.:<br>3:25-cv-343 (ECC/ML) |

**PLEASE TAKE NOTICE** that James J. O'Shea, Esq. of Hancock Estabrook, LLP, hereby appears in the above-entitled action as counsel to Defendant Jeff J. Wagner and demands that all documents, notices and papers of any sort or kind be served upon his attorneys at the address noted below.

Dated: April 9, 2025　　　　　　　　　　　**HANCOCK ESTABROOK, LLP**

　　　　　　　　　　　　　　　　　By: _/s/ James J. O'Shea_
　　　　　　　　　　　　　　　　　James J. O'Shea, Esq. (Bar Roll #516403)
　　　　　　　　　　　　　　　　　*Attorneys for Defendant Jeff J. Wagner*
　　　　　　　　　　　　　　　　　100 Madison Street, Suite 1800
　　　　　　　　　　　　　　　　　Syracuse, NY 13202
　　　　　　　　　　　　　　　　　Telephone: (315) 565-4500
　　　　　　　　　　　　　　　　　joshea@hancocklaw.com

To:　All counsel of record via CM/ECF