UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LEOR KWELLER and
ZOE LIBERMAN,

                *Plaintiffs*,

-against-

THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG.

                *Defendants*.
_____

**NOTICE OF APPEARANCE**

3:25-CV-343 (AJB-ML)

      **PLEASE TAKE NOTICE** that the undersigned hereby certifies that she is admitted to practice before this Court and appears as attorney for Defendant Amanda Cronin in the above-entitled action.

Dated: April 17, 2025

**CAPEZZA HILL, LLP**

_____
Alexandra N. von Stackelberg, Esq.
Attorneys for Amanda Cronin
30 South Pearl Street, P-110
Albany, New York 12207
(518) 478-6065
allee@capezzahill.com

cc:    All Attorneys of Record (via ECF)