UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEOR KWELLER and ZOE LIBERMAN,

        *Plaintiff*,

  vs.

THE COUNTY OF BROOME, et al.,

        *Defendants.*

**NOTICE OF MOTION TO DISMISS**

Civil Action No.:
3:25-cv-00343-AJB-ML

| | |
|---|---|
| **MOTION BY:** | Defendants Michael A. Korchak and Mark Loughran |
| **DATE, TIME AND PLACE OF HEARING:** | On the _____ day of _____, 2025 at _____ a.m./p.m. before the Honorable Anthony J. Brindisi, U.S.D.J. at the U.S. District Courthouse for the Northern District of New York, 10 Broad Street, Utica, New York 13501. |
| **SUPPORTING PAPERS:** | Memorandum of Law dated May 13, 2025. |
| **RELIEF DEMANDED AND GROUNDS:** | Dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim for relief against the moving Defendants; the moving Defendants also seek such other, further and different relief as the Court deems just and proper. |
| **REPLY:** | Pursuant to Rule 7.1(a)(1) of the Local Rules of Practice for the U.S. District Court for the Northern District of New York, papers submitted in opposition to the within motion must be filed with the Clerk and served upon counsel for these moving defendants no more that twenty-one days after service of the motion, exclusive of that day. Upon receipt of opposition papers, the moving parties intend to file and serve reply papers. |

2

| | |
|---|---|
| **DATED:** May 13, 2025 | **BARCLAY DAMON LLP** |

By: *s/ Erin M. Tyreman*_____
Erin M. Tyreman. (Bar Roll No. 700711)
Robert A. Barrer (Bar Roll No. 101099)

*Attorneys for Defendants Michael A. Korchak and Mark Loughran*

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2751
Facsimile: (315) 425-8544
E-mail: etyreman@barclaydamon.com
            rbarrer@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I filed the foregoing Notice of Motion to Dismiss of Michael A. Korchak and Mark Loughran with the CM/ECF system which sent notification of such filing to the following:

**Cuomo LLC**
Attn: Oscar Michelen
200 Old Country Road, Suite 2 South
Mineola, NY 11501
omichelen@cuomollc.com
*Attorneys for Plaintiffs*

**Newirth Linehan PLLC**
Attn: Karen A. Newirth
43 West 43rd Street, Suite 160
New York, NY 10036
karen@newirth-law.com
*Attorneys for Plaintiffs*

**Sarafa Zellan PLLC**
Attn: Andrea Zellan
43 West 43rd St., Suite 370
New York, NY 10036
azellan@sarafazellan.com
*Attorneys for Plaintiffs*

**Hacker Murphy LLP**
Attn: James C. Knox
Alishah Elena Bhimani
28 Second Street
Troy, NY 12180
jknox@hackermurphy.com
abhimani@hackermurphy.com
*Attorneys for Def. Alyssa Congdon*

**Cappezza Hill, LLP**
Attn: Benjamin W. Hill
Alexandra Von Stackelberg
30 Pearl Street, Suite P-110
Albany, NY 12207
ben@capenzzahill.com
allee@capezzahill.com
*Attorneys for Def. Amanda Cronin*

**Hancock Estabrook, LLP**
James J. O'Shea
1800 AXA Tower I
100 Madison Street
Syracuse, NY 13202
joshea@hancocklaw.com
*Attorneys for Def. Jeff J. Wagner*

Defendant Joseph Zikuski

Defendant Cory Minor

Defendant Amanda Miller

Defendant Hailey Demkovich

Defendant Samantha Herceg


                                      s/ Erin M. Tyreman
                                        Erin M. Tyreman
                                        Bar Roll No. 700711