WHITEMAN
OSTERMAN
& HANNA LLP

Attorneys at Law
*www.woh.com*

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Christina F. Vitolo
Associate
518.487.7748 phone
*cvitolo@woh.com*

May 14, 2025

**VIA ECF**

Hon. Anthony J. Brindisi
U.S. District Court Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Hon. Miroslav Lovric
U.S. Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

  Re: *Kweller et al. v. The County of Broome, et. al.*
     3:25-cv-00343-AJB-ML

Dear Judge Brindisi:

  This firm represents Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Cory Minor and Detective Amanda Miller (the "City of Binghamton Defendants") in the above-referenced matter.  I am writing to request leave of the Court to file a memorandum of law in support of the City of Binghamton Defendants' motion to dismiss in excess of the twenty-five-page limit set forth in this Court's local rules.  The City of Binghamton Defendants respectfully request ten additional pages given the number of claims involved in this case.

  Although, to date, no such request has been made in this case, we respectfully note that this Court granted requests to file oversized briefs in two related cases with substantially similar claims

Hon. Anthony J. Brindisi
Hon. Miroslav Lovric
May 14, 2025
Page 2

against the same defendants (*see Rindgen v. Broome County, et al.*, 3:24-cv-01325-AJB-ML, ECF Dkt. Nos. 42, 73; *Kweller v. The County of Broome, et al.*, 3:24-cv-01328-AJB-ML, ECF Dkt. No. 35).

    Thank you for your time and attention to this matter.

                        Respectfully submitted,

                        *s/Christina F. Vitolo*

                        Christina F. Vitolo


cc:    All Counsel of Record (via ECF)

4922-6184-2755