

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

February 3, 2025

**VIA ECF**
Hon. Anthony J. Brindisi
U.S. District Judge
US District Courthouse
15 Henry Street
Binghamton NY 13901

**RE :    Leor Kweller v. County of Broome et al  Case No. 25-CV-343-(AJB)-ML**

Dear Judge Brindisi:

     I represent the plaintiffs Leor Kweller and Zoe Liberman in the above matter. Plaintiffs' opposition to the defendants Michael A. Korchak and Mark Loughran's motion to dismiss is due June 3, 2025 (Docket Entry 19); plaintiff's opposition to the defendant County of Broome is June 5, 2025 (Docket Entry 27); plaintiff's opposition to the defendants' City of Binghamton, Zikuski, Minor, and Miller's Motions to Dismiss is due June 9, 2025 (Docket Entry 29); plaintiff's opposition to defendant Alyssa Congdon's Motion to Dismiss is due June 9, 2025 (Docket Entry 31).

     I have conferred with counsel and, subject to the Court's approval, we would like to set a new briefing schedule for all current motions as follows: Plaintiff will have until July 15, 2025, to serve and file opposition papers to all the motions and the movants will have until August 12, 2025, to file reply papers. This is the first request for an extension of this deadline.

     Thank you for the Court's attention in this matter.

                                            Respectfully submitted,

                                            */s/ Oscar Michelen*

                                            OSCAR MICHELEN
                                            Bar Number 705863

cc:  All counsel  (via ecf)