

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

June 30, 2025

**VIA ECF**
Hon. Anthony J. Brindisi
U.S. District Judge
US District Courthouse
15 Henry Street
Binghamton NY 13901

**RE :    Leor Kweller v. County of Broome et al  Case No. 25-CV-343-(AJB)-ML**

Dear Judge Brindisi:

    I represent the plaintiffs Leor Kweller and Zoe Liberman in the above matter. Plaintiffs' opposition to the defendant Jeff Wagner's motion to dismiss the complaint is due July 7, 2025. (Docket Entry 19). Opposition to all other pending motions is due July 15, 2025. Plaintiffs ask that their time to respond to the motion of Defendant Wagner be extended to July 15, 2025, as well.

    I have conferred with James J. O'Shea, counsel for Defendant Wagner, and he consents to the extension.
    Thank you for the Court's attention in this matter.

                                    Respectfully submitted,

                                    */s/ Oscar Michelen*

                                    OSCAR MICHELEN
                                    Bar Number 705863

cc:  All counsel  (via ecf)