**WHITEMAN OSTERMAN & HANNA LLP**
Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Christina F. Vitolo
Associate
518.487.7748 phone
cvitolo@woh.com

August 18, 2025

**VIA ECF**

Hon. Anthony J. Brindisi
U.S. District Court Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

      Re:    *Kweller, et. al. v. The County of Broome, et. al.*
              Case No. 3:25-cv-00343-AJB-ML

Dear Judge Brindisi:

      This firm represents Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Cory Minor and Detective Amanda Miller (the "City of Binghamton Defendants") in the above-referenced matter. I am writing to request leave of Court to file a reply memorandum of law in further support of the City of Binghamton Defendants' motion to dismiss (ECF Doc. No. 29) 6 pages in excess of the 10 page limit set forth in this Court's local rules.

      The reason for this request is that Plaintiffs filed a 76 page combined opposition to several pending motions to dismiss, including the City of Binghamton Defendants' (ECF Doc. No. 44), as well as a 27 page declaration (including attachments) specifically in opposition to the City of Binghamton Defendants' motion (ECF Doc. No. 46).

      Given the length of the opposition papers filed by Plaintiffs, in order to address the arguments raised in Plaintiffs' opposition, the City of Binghamton Defendants respectfully request permission to file a 16 page reply memorandum of law.

Hon. Anthony J. Brindisi
August 18, 2025
Page 2

        Thank you for your time and attention to this matter.

                                                Respectfully submitted,

                                                *s/Christina F. Vitolo*

                                                Christina F. Vitolo

cc:    All Counsel of Record (via ECF)