UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEOR KWELLER and
ZOE LIBERMAN,

|  |  |
|---|---|
| | **FIRST ANSWER OF** |
| | **DEFENDANT** |
| Plaintiff, | **ALYSSA CONGDON WITH** |
| | **AFFIRMATIVE DEFENSES** |
| -against- | **AND CROSS-CLAIM** |
| | |
| THE COUNTY OF BROOME, et al., | Case No. 3:25-cv-343 (AJB/MJK) |
| | |
| Defendants. | |

Defendant, ALYSSA CONGDON, as and for her Answer to the Complaint, alleges as follows:

## **GENERAL OBJECTIONS**

A.      Answering defendant objects to the Complaint to the extent it fails to contain simple, concise and direct allegations and/or contains more than one allegation in a single paragraph.

B.      Answering defendant objects to the allegations in the Complaint to the extent they require responses to conclusions and/or statements of law for the Court to determine.

C.      Answering defendant objects to the allegations in the Complaint to the extent they require responses to characterizations or conclusions.

## **ANSWER**

### **Responding to Preliminary Statement**

1.      Denies the allegations contained in paragraph 1 of the Complaint.

2.      Denies the allegations contained in paragraph 2 of the Complaint.

3.      Denies the allegations contained in paragraph 3 of the Complaint.

4.      Admits the allegations contained in paragraph 4 of the Complaint.

1

5.     Denies the allegations contained in paragraph 5 of the Complaint.

6.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the Complaint.

7.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the Complaint.

8.     Denies the allegations contained in paragraph 8 of the Complaint.

9.     Denies the allegations contained in paragraph 9 of the Complaint.

**Responding to the Jurisdictional Allegations**

10.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 of the Complaint.

11.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 of the Complaint.

**Responding to the Venue Allegations**

12.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 of the Complaint.

**Responding to the Jury Demand**

13.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of the Complaint.

**Responding to the Party Allegations**

14.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of the Complaint.

15.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 of the Complaint.

16.     Denies knowledge or information sufficient to form a belief as to the truth or falsity

of the allegations contained in paragraph 16 of the Complaint.

17.    Denies knowledge or information sufficient to form a belief as to the truth or falsity the allegations contained in paragraph 17 of the Complaint.

18.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of the Complaint.

19.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 19 of the Complaint.

20.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the rest of the allegations contained in paragraph 20 of the Complaint.

21.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 21 of the Complaint.

22.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 22 of the Complaint.

23.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 23 of the Complaint.

24.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 24 of the Complaint.

25.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 25 of the Complaint.

26.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 26 of the Complaint.

27.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 of the Complaint.

**Responding to the Statement of Facts**

28.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 28 of the Complaint.

29.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 29 of the Complaint.

30.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 30 of the Complaint.

31.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 31 of the Complaint.

32.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 of the Complaint.

33.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 33 of the Complaint.

34.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 34 of the Complaint.

35.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 35 of the Complaint.

36.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 36 of the Complaint.

37.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37 of the Complaint.

38.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 38 of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 39 of the Complaint.

40.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 40 of the Complaint.

41.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 41 of the Complaint.

42.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 42 of the Complaint.

43.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 43 of the Complaint.

44.     Denies the allegations contained in paragraph 44 of the Complaint.

45.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 45 of the Complaint.

46.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 of the Complaint.

47.     Denies the allegations contained in paragraph 47 of the Complaint.

48.     Denies the allegations contained in paragraph 48 of the Complaint.

49.     Denies the allegations contained in paragraph 49 of the Complaint.

50.     Denies the allegations contained in paragraph 50 of the Complaint.

51.     Denies the allegations contained in paragraph 51 of the Complaint.

52.     Denies the allegations contained in paragraph 52 of the Complaint.

53.     Denies the allegations contained in paragraph 53 of the Complaint.

54.     Denies the allegations contained in paragraph 54 of the Complaint.

55.     Denies the allegations contained in paragraph 55 of the Complaint.

56.     Denies the allegations contained in paragraph 56 of the Complaint.

57.     Denies the allegations contained in paragraph 57 of the Complaint.

58.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 58 of the Complaint.

59.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 59 of the Complaint.

60.     Denies the allegations contained in paragraph 60 of the Complaint.

61.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 61 of the Complaint.

62.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 62 of the Complaint.

63.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 63 of the Complaint.

64.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 64 of the Complaint.

65.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 65 of the Complaint.

66.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 66 of the Complaint.

67.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 of the Complaint.

68.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 68 of the Complaint.

69.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 69 of the Complaint.

70.     Denies knowledge or information sufficient to form a belief as to the truth or falsity

of the allegations contained in paragraph 70 of the Complaint.

71.    Denies the allegations contained in paragraph 71 of the Complaint.

72.    Denies the allegations contained in paragraph 72 of the Complaint.

73.    Denies the allegations contained in paragraph 73 of the Complaint.

74.    Denies the allegations contained in the main paragraph 74 of the Complaint; and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in subparagraphs "a", "b", "c", "d", "e", "f", "g", "h", "i", "j", "k", "l", "m", "n", "o", "p", "q", "r", "s", "t", "u", "v", "w", "x", "y", "z", "aa", "bb", "cc", "dd", "ee", and "ff" of paragraph 74 of the Complaint..

75.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 75 of the Complaint.

76.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 76 of the Complaint.

77.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 77 of the Complaint.

78.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 of the Complaint.

79.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 79 of the Complaint.

80.    Denies the allegations contained in paragraph 80 of the Complaint.

81.    Denies the allegations contained in paragraph 81 of the Complaint.

82.    Denies the allegations contained in paragraph 82 of the Complaint.

83.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 83 of the Complaint.

84.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 84 of the Complaint.

85.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 85 of the Complaint.

86.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 86 of the Complaint.

87.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 87 of the Complaint.

88.     Denies the allegations contained in paragraph 88 of the Complaint.

89.     Denies the allegations contained in paragraph 89 of the Complaint.

90.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 90 of the Complaint.

91.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 91 of the Complaint.

92.     Denies the allegations contained in paragraph 92 of the Complaint.

93.     Denies the allegations contained in paragraph 93 of the Complaint.

94.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 94 of the Complaint.

95.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 95 of the Complaint.

96.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the main paragraph 96 of the Complaint; and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in subparagraphs "a", "b", "c", "d", and "e" of paragraph 96 of the Complaint.

97.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 97 of the Complaint.

98.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 98 of the Complaint.

99.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 99 of the Complaint.

100.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 100 of the Complaint.

101.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 101 of the Complaint.

102.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 102 of the Complaint.

103.    Admits the allegations contained in the main paragraph 103 of the Complaint; admits the allegations in subparagraphs "a" and "b" of paragraph 103 of the Complaint; and denies the allegations contained in subparagraphs "c", "d", "e", "f", and "g" of paragraph 103 of the Complaint.

104.    Admits the allegations contained in paragraph 104 of the Complaint.

105.    Admits the allegations contained in paragraph 105 of the Complaint.

106.    Denies the allegations contained in paragraph 106 of the Complaint.

107.    Denies the allegations contained in paragraph 107 of the Complaint.

108.    Denies the allegations contained in paragraph 108 of the Complaint.

109.    Admits the allegations contained in paragraph 109 of the Complaint.

110.    Denies the allegations contained in paragraph 110 of the Complaint.

111.    Admits the allegations contained in paragraph 111 of the Complaint.

112.    Denies the allegations contained in paragraph 112 of the Complaint.

113.    Admits the allegations contained in paragraph 113 of the Complaint.

114.    Admits the allegations contained in paragraph 114 of the Complaint.

115.    Admits the allegations contained in paragraph 115 of the Complaint.

116.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 116 of the Complaint.

117.    Admits the allegations contained in the main paragraph 117 of the Complaint; admits the allegations contained subparagraph "a" of paragraph 117; denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in subparagraphs "b", "d" and "e" of paragraph 117; and denies the allegations contained in subparagraph "c" of paragraph 117.

118.    Admits the allegations contained in paragraph 118 of the Complaint.

119.    Admits the allegations contained in paragraph 119 of the Complaint.

120.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 120 of the Complaint.

121.    Denies the allegations contained in paragraph 121 of the Complaint.

122.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 122 of the Complaint.

123.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 123 of the Complaint.

124.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the main paragraph 124 of the Complaint.

125.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the main paragraph 125 in the Complaint.

126.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 126 of the Complaint.

127.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 127 of the Complaint.

128.    Denies the allegations contained in paragraph 128 of the Complaint.

129.    Denies the allegations contained in paragraph 129 of the Complaint.

130.    Denies the allegations contained in paragraph 130 of the Complaint.

131.    Denies the allegations contained in paragraph 131 of the Complaint.

132.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 132 of the Complaint.

133.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 133 of the Complaint.

134.    Denies the allegations contained in paragraph 134 of the Complaint.

135.    Denies the allegations contained in paragraph 135 of the Complaint.

136.    Denies the allegations contained in paragraph 136 of the Complaint.

137.    Denies the allegations contained in paragraph 137 of the Complaint.

138.    Denies the allegations contained in paragraph 138 of the Complaint.

139.    Denies the allegations contained in paragraph 139 of the Complaint.

140.    Denies the allegations contained in paragraph 140 of the Complaint.

141.    Denies the allegations contained in paragraph 141 of the Complaint.

142.    Denies the allegations contained in paragraph 142 of the Complaint.

143.    Denies the allegations contained in paragraph 143 of the Complaint

144.    Denies the allegations contained in the main paragraph 144 of the Complaint; and denies the allegations contained in subparagraphs "a", "b", and "c" of paragraph 144 of the

Complaint.

145.    Denies the allegations contained in paragraph 145 of the Complaint.

146.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 146 of the Complaint.

147.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 147 of the Complaint.

148.    Denies the allegations contained in paragraph 148 of the Complaint.

149.    Denies the allegations contained in paragraph 149 of the Complaint.

150.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 150 of the Complaint.

151.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 151 of the Complaint.

152.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 152 of the Complaint.

153.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 153 of the Complaint.

154.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 154 of the Complaint.

155.    Denies the allegations contained in the paragraph 155 of the Complaint.

156.    Denies the allegations contained in main paragraph 156 of the Complaint; and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in subparagraphs "a", "b", "c", "d", "e", "f", "g", "h", "i", and "j" of paragraph 156 of the Complaint.

157.    Denies knowledge or information sufficient to form a belief as to the truth or falsity

of the allegations contained in paragraph 157 of the Complaint.

158.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 158 of the Complaint.

159.    Denies the allegations contained in paragraph 159 of the Complaint.

160.    Denies the allegations contained in paragraph 160 of the Complaint.

161.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 161 of the Complaint.

162.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained paragraph 162 of the Complaint.

163.    Denies the allegations contained in paragraph 163 of the Complaint.

164.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained paragraph 164 of the Complaint.

165.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 165 of the Complaint.

166.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 166 of the Complaint.

167.    Denies the allegations contained in paragraph 167 of the Complaint.

168.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 168 of the Complaint.

169.    Denies the allegations contained in main paragraph 169 of the Complaint; denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in subparagraph "a" of paragraph 169 of the Complaint; and denies the allegations contained in subparagraph "b" of paragraph 169 of the Complaint.

170.    Admits the allegations contained in paragraph 170 of the Complaint.

171.    Admits the allegations contained in paragraph 171 of the Complaint.

172.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 172 of the Complaint.

173.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 173 of the Complaint.

174.    Admits the allegations contained in paragraph 174 of the Complaint.

175.    Admits the allegations contained in main paragraph 175 of the Complaint; admits the allegations contained in subparagraph "a" of paragraph 175 of the Complaint; denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in subparagraphs "b", "d", and "e" of paragraph 175 of the Complaint; and denies the allegations contained in subparagraph "c" of paragraph 175 of the Complaint.

176.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 176 of the Complaint.

177.    Admits the allegations contained in paragraph 177 of the Complaint.

178.    Denies the allegations contained in paragraph 178 of the Complaint.

179.    Admits the allegations contained in paragraph 179 of the Complaint.

180.    Denies the allegations contained in paragraph 180 of the Complaint.

181.    Denies the allegations contained in paragraph 181 of the Complaint.

182.    Denies the allegations contained in paragraph 182 of the Complaint.

183.    Denies the allegations contained in paragraph 183 of the Complaint.

184.    Admits the allegations contained in paragraph 184 of the Complaint.

185.    Denies the allegations contained in paragraph 185 of the Complaint.

186.    Denies the allegations contained in paragraph 186 of the Complaint.

187.    Denies the allegations contained in paragraph 187 of the Complaint.

188.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 188 of the Complaint.

189.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 189 of the Complaint.

190.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 190 of the Complaint.

191.    Denies the allegations contained in paragraph 191 of the Complaint.

192.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 192 of the Complaint.

193.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 193 of the Complaint.

194.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 194 of the Complaint.

195.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 195 of the Complaint.

196.    Admits the allegations contained in paragraph 196 of the Complaint.

197.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 197 of the Complaint.

198.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 198 of the Complaint.

199.    Admits the allegations contained in paragraph 199 of the Complaint.

200.    Admits the allegations contained in paragraph 200 of the Complaint.

201.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 201 of the Complaint.

202.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 202 of the Complaint.

203.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 203 of the Complaint.

204.    Denies the allegations contained in paragraph 204 of the Complaint.

205.    Denies the allegations contained in paragraph 205 of the Complaint.

206.    Denies the allegations contained in paragraph 206 of the Complaint.

207.    Denies the allegations contained in paragraph 207 of the Complaint.

208.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 208 of the Complaint.

209.    Denies the allegations contained in paragraph 209 of the Complaint.

**Responding to the Damages Allegations**

210.    Denies the allegations contained in paragraph 210 of the Complaint.

211.    Denies the allegations contained in paragraph 211 of the Complaint.

212.    Denies the allegations contained in paragraph 212 of the Complaint.

213.    Denies the allegations contained in paragraph 213 of the Complaint.

214.    Denies the allegations contained in paragraph 214 of the Complaint.

215.    Denies the allegations contained in paragraph 215 of the Complaint.

216.    Denies the allegations contained in paragraph 216 of the Complaint.

217.    Denies the allegations contained in paragraph 217 of the Complaint.

218.    Denies the allegations contained in paragraph 218 of the Complaint.

219.    Denies the allegations contained in paragraph 219 of the Complaint.

**RESPONDING TO THE FIRST CAUSE OF ACTION**

220.    Denies the allegations contained in paragraph 220 of the Complaint.

221.    Denies the allegations contained in paragraph 221 of the Complaint.

222.    Denies the allegations contained in paragraph 222 of the Complaint.

223.    Denies the allegations contained in paragraph 223 of the Complaint.

224.    Denies the allegations contained in paragraph 224 of the Complaint.

225.    Denies the allegations contained in paragraph 225 of the Complaint.

226.    Denies the allegations contained in paragraph 226 of the Complaint.

227.    Denies the allegations contained in paragraph 227 of the Complaint.

### RESPONDING TO THE SECOND CAUSE OF ACTION

228.    Denies the allegations contained in paragraph 228 of the Complaint.

229.    Denies the allegations contained in paragraph 229 of the Complaint.

230.    Denies the allegations contained in paragraph 230 of the Complaint.

231.    Denies the allegations contained in paragraph 231 of the Complaint.

232.    Denies the allegations contained in paragraph 232 of the Complaint.

233.    Denies the allegations contained in paragraph 233 of the Complaint.

234.    Denies the allegations contained in paragraph 234 of the Complaint.

235.    Denies the allegations contained in paragraph 235 of the Complaint.

236.    Denies the allegations contained in paragraph 236 of the Complaint.

### RESPONDING TO THE THIRD CAUSE OF ACTION

237.    Denies the allegations contained in paragraph 237 of the Complaint.

238.    Denies the allegations contained in paragraph 238 of the Complaint.

239.    Denies the allegations contained in paragraph 239 of the Complaint.

240.    Denies the allegations contained in paragraph 240 of the Complaint.

241.    Denies the allegations contained in paragraph 241 of the Complaint.

242.    Denies the allegations contained in paragraph 242 of the Complaint.

**RESPONDING TO THE FOURTH CAUSE OF ACTION**

243.    Denies the allegations contained in paragraph 243 of the Complaint.

244.    Denies the allegations contained in paragraph 244 of the Complaint.

245.    Denies the allegations contained in paragraph 245 of the Complaint.

246.    Denies the allegations contained in paragraph 246 of the Complaint.

247.    Denies the allegations contained in paragraph 247 of the Complaint.

248.    Denies the allegations contained in paragraph 248 of the Complaint.

249.    Denies the allegations contained in paragraph 249 of the Complaint.

250.    Denies the allegations contained in paragraph 250 of the Complaint.

**RESPONDING TO THE FIFTH CAUSE OF ACTION**

251.    Denies the allegations contained in paragraph 251 of the Complaint.

252.    Denies the allegations contained in paragraph 252 of the Complaint.

253.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 253 of the Complaint.

254.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 254 of the Complaint.

255.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 255 of the Complaint.

256.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 256 of the Complaint.

257.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 257 of the Complaint.

258.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 258 of the Complaint.

259.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 259 of the Complaint.

260.    Denies the allegations contained in paragraph 260 of the Complaint.

261.    Denies the allegations contained in paragraph 261 of the Complaint.

262.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 262 of the Complaint.

263.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 263 of the Complaint.

264.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 264 of the Complaint.

265.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 265 of the Complaint.

266.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 266 of the Complaint.

267.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 267 of the Complaint.

268.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 268 of the Complaint.

269.    Denies the allegations contained in paragraph 269 of the Complaint.

270.    Denies the allegations contained in paragraph 270 of the Complaint.

271.    Denies the allegations contained in paragraph 271 of the Complaint.

272.    Denies the allegations contained in paragraph 272 of the Complaint.

273.    Denies the allegations contained in paragraph 273 of the Complaint.

274.    Denies the allegations contained in paragraph 274 of the Complaint.

275.    Denies the allegations contained in paragraph 275 of the Complaint.

**RESPONDING TO THE SIXTH CAUSE OF ACTION**

276.    Denies the allegations contained in paragraph 276 of the Complaint.

277.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 277 of the Complaint.

278.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 278 of the Complaint.

279.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 279 of the Complaint.

280.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 280 of the Complaint.

281.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 281 of the Complaint.

282.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 282 of the Complaint.

283.    Denies the allegations contained in paragraph 283 of the Complaint.

284.    Denies the allegations contained in paragraph 284 of the Complaint.

285.    Denies the allegations contained in paragraph 285 of the Complaint.

286.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 286 of the Complaint.

287.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 287 of the Complaint.

288.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 288 of the Complaint.

289.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 289 of the Complaint.

290.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 290 of the Complaint.

291.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 291 of the Complaint.

292.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 292 of the Complaint.

293.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 293 of the Complaint.

294.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of es the allegations contained in paragraph 294 of the Complaint.

295.    Denies the allegations contained in paragraph 295 of the Complaint.

**RESPONDING TO THE SEVENTH CAUSE OF ACTION**

296.    Denies the allegations contained in paragraph 296 of the Complaint.

297.    Denies the allegations contained in paragraph 297 of the Complaint.

298.    Denies the allegations contained in main paragraph 298 of the Complaint; and denies the allegations contained in subparagraphs "a", "b", "c", and "d" of paragraph 298 of the Complaint.

299.    Denies the allegations contained in paragraph 299 of the Complaint.

300.    Denies the allegations contained in paragraph 300 of the Complaint.

301.    Denies the allegations contained in paragraph 301 of the Complaint.

**RESPONDING TO THE EIGHTH CAUSE OF ACTION**

302.     Denies the allegations contained in paragraph 302 of the Complaint.

303.     Denies the allegations contained in paragraph 303 of the Complaint.

304.     Denies the allegations contained in paragraph 304 of the Complaint.

305.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 305 of the Complaint.

306.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 306 of the Complaint.

307.     Denies the allegations contained in paragraph 307 of the Complaint.

308.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 308 of the Complaint.

309.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 309 of the Complaint.

310.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 310 of the Complaint.

311.     Denies the allegations contained in paragraph 311 of the Complaint.

312.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 312 of the Complaint.

313.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 313 of the Complaint.

314.     Denies the allegations contained in paragraph 314 of the Complaint.

315.     Denies the allegations contained in paragraph 315 of the Complaint.

316.     Denies the allegations contained in paragraph 316 of the Complaint.

RESPONDING TO THE NINTH CAUSE OF ACTION

317.     Denies the allegations contained in paragraph 317 of the Complaint.

318. Denies the allegations contained in paragraph 318 of the Complaint.

319. Denies the allegations contained in paragraph 319 of the Complaint.

320. Denies the allegations contained in paragraph 320 of the Complaint.

321. Denies the allegations contained in paragraph 321 of the Complaint.

**RESPONDING TO THE TENTH CAUSE OF ACTION**

322. Denies the allegations contained in paragraph 322 of the Complaint.

323. Denies the allegations contained in paragraph 323 of the Complaint.

324. Denies the allegations contained in paragraph 324 of the Complaint.

325. Denies the allegations contained in paragraph 325 of the Complaint.

326. Denies the allegations contained in paragraph 326 of the Complaint.

**RESPONDING TO THE ELEVENTH CAUSE OF ACTION**

327. Denies the allegations contained in paragraph 327 of the Complaint.

328. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 328 of the Complaint.

329. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 329 of the Complaint.

330. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 330 of the Complaint.

331. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 331 of the Complaint.

**RESPONDING TO THE ELEVENTH CAUSE OF ACTION**

332. Denies the allegations contained in paragraph 332 of the Complaint.

333. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 333 of the Complaint.

334.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 334 of the Complaint.

335.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 335 of the Complaint.

336.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of the Complaint.

337.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 337 of the Complaint.

338.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 338 of the Complaint.

339.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 339 of the Complaint.

340.    As to any and all allegations not expressly addressed, they are hereby denied.

<u>**AFFIRMATIVE DEFENSES**</u>

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

1.    At all times, the answering defendant acted in good faith.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

2.    At all times, the answering defendant lacked malice or malicious intent.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

3.    At all times, the answering defendant lacked deliberate indifference to the alleged constitutional violations asserted by the plaintiff.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

4.    The answering defendant is absolutely immune from the claims asserted herein.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

5.      The answering defendant is qualifiedly immune from the claims asserted herein.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

6.      The prosecution of the plaintiff in the underlying action was supported by probable cause or, at least, arguable probable cause.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

7.      If it is determined that defendants Hailey Demkovich and Samantha Herceg lied about what transpired during the events in question, then such falsehoods constituted an independent intervening cause that breaks the chains of causation from any claims against the answering defendant.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

8.      The answering defendant reasonably believed the claims asserted by defendants Hailey Demkovich and Samantha Herceg and such reasonable belief justified the underlying arrest and prosecution.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

9.      The actions of the answering defendant was carried out in fulfillment of her lawful duties to protect the public and ensure compliance with the laws and public policy of the State of New York.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

10.     The answering defendant exercised reasonable supervision and provided adequate training and oversight to her subordinates.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

11.     There was no agreement or meeting of the minds between the alleged conspirators to violate the plaintiff's constitutional rights.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

12.     The acts alleged to constitute a conspiracy were undertaken for a legitimate purpose and not to violate the plaintiff's constitutional rights.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

13.     One or more of the causes of action asserted in the Complaint are duplicative and must therefore be stricken or dismissed.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

14.     Plaintiff's claims are barred from the applicable statute of limitations.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

15.     Any damages sustained by plaintiff were entirely or substantially caused by the negligence of other persons or parties for whom answering defendant has no responsibility.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

16.     A grand jury indicted plaintiff for the crimes charged in the underlying criminal proceeding as a result of which probable cause is presumed, and the County Court denied a motion to dismiss the same.  Accordingly, plaintiff is collaterally estopped from asserting some or all of the claims herein.

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiff has failed to mitigate his alleged damages.

### AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

18.     That the culpable conduct on the part of the plaintiff caused or contributed to the events that underlie this action and plaintiff's claims of damages as a result thereof. Accordingly, plaintiff recovery, if any, should be diminished or reduced in the proportion which the culpable conduct on the part of plaintiff caused or contributed to his alleged damages.

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

19.     If some or all of plaintiff's alleged damages are or will be replaced or indemnified

by collateral sources, the answering defendant claims a collateral source offset for any damages so replaced or indemnified.

**AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE**

20.     The answering defendant denies liability for any damages alleged by plaintiff. However, if liability is assessed against the answering defendant in a percentage that is less than fifty percent of the total of liability assigned to all persons or entities liable, then the answering defendant's liability for non-economic loss shall not exceed her equitable share determined in accordance with the relative culpability of each person or entity causing or contributing to the total liability for non-economic loss.

**AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE**

21.     Plaintiff failed to give timely notice of his claims.

**AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE**

22.     Any damages claimed by plaintiff were not actually or proximately caused by any act or omission on the part of the answering defendant.

**AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE**

23.     Plaintiff's claims are barred by doctrine of unclean hands.

## CROSS-CLAIM

**AS AND FOR A FIRST CROSS-CLAIM AGAINST DEFENDANTS
HAILEY DEMKOVICH AND SAMANTHA HERCEG**

24.     If it is determined that defendants Hailey Demkovich and Samantha Herceg lied about the events in question, then the answering defendant demands that any liability found against then, which liability is denied, must be apportioned against defendants Hailey Demkovich and Samantha Herceg.

27

## JURY DEMAND

25.     Answering defendant demands a trial by jury.

WHEREFORE, the answering defendant ALYSSA CONGDON respectfully requests

that this Court dismiss the Complaint and action against her, and award such other and further

relief as this Court deems fair and proper.


Dated: December 9, 2025                          **HACKER MURPHY, LLP**

                                                 By:  */s/ James Knox*
                                                         James Knox, Esq.
                                                         Bar Roll Number:  517109
                                                         Alishah E. Bhimani
                                                         Bar Roll No. 704214
                                                 *Attorneys for Defendant Alyssa Congdon*
                                                 Office & P.O. Address
                                                 28 Second Street
                                                 Troy, New York  12180
                                                 Telephone:  518-274-5820


TO:     **CUOMO LLC**
        *Attorneys for Plaintiff*
        200 Old Country Road, Suite 2 South
        Mineola, NY  11501

        **THE FAST LAW FIRM, LLC**
        *Attorneys for Plaintiff*
        521 Fifth Avenue, 17th Floor
        New York, NY  10175

        **NEWIRTH LAW, PLLC**
        *Attorneys for Plaintiff*
        43 West 43rd Street, Suite 160
        New York, NY  10036

## CERTIFICATE OF SERVICE

I hereby certified that on December 9, 2025, I caused the foregoing Answer of Defendant Alyssa Congdon to be filed with the CM/ECF system which sent notification of such filing to all counsel of record.



*s/ James Knox*
James Knox, Esq.
Bar Roll No. 517109