UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LEOR KWELLER and ZOE LIBERMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER,** all in their individual capacities, and **JOHN DOES 1-10**, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, **HAILEY DEMKOVICH, and SAMANTHA HERCEG.** <br><br> Defendants. | **DEFENDANT SAMANTHA HERCEG'S REPLY TO CROSSCLAIM OF DEFENDANT ALYSSA CONGDON** <br><br> Civil Action No.: 3:25-cv-343 <br> (AJB/MJK) |

Defendant, Samantha Herceg, by and through her attorneys, Bousquet Holstein PLLC, responds as follows to the Crossclaim of Defendant Congdon as follows:

1. DENIES the allegations contained in the Affirmative Defenses and also in Crossclaim section at Paragraph 24 of Defendant Congdon's Answer with Affirmative Defenses and Crossclaim.

## GENERAL DENIAL

2. Defendant Herceg DENIES each and every allegation which is not admitted, denied, or otherwise responded to in this Reply and further DENIES any allegation(s) that she is liable in any way to Defendant Congdon.

## FIRST AFFIRMATIVE DEFENSE

3. The crossclaim of Defendant Congdon fails to state a cause of action upon which relief can be granted and should therefore be dismissed. The crossclaim contains only bare allegations of liability, without pleading facts giving rise to said liability, and does not adequately provide Defendant Herceg with notice of the nature of the claim asserted against her. The crossclaim does not allow Defendant Herceg to determine which of allegations in the underlying complaint that Defendant Congdon bases her claim for indemnity and contribution.

## SECOND AFFIRMATIVE DEFENSE

4. Defendant Herceg's conduct was at all times reasonable, proper, in good faith and in compliance with applicable law.

## THIRD AFFIRMATIVE DEFENSE

5. To the extent that the damages, if any, sought by Defendant Congdon through her crossclaim were caused or contributed to, in whole or in part, by intervening and superseding causative factors, the crossclaim brought against Defendant Herceg should be barred.

## FOURTH AFFIRMATIVE DEFENSE

6. The damages, if any, sought by Defendant Congdon through her crossclaim were caused or brought about by the negligence of a third person or third persons over whom defendant Herceg had no control and/or for whose acts she was not responsible.

## FIFTH AFFIRMATIVE DEFENSE

7. Defendant Congdon failed to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

8. Defendant Herceg is not a state actor and cannot be held liable for the alleged constitutional violations asserted by Plaintiff.

## RESERVATION OF RIGHTS

9. Defendant Herceg reserves her right to amend her Reply and supplement the foregoing defenses and raise additional defenses or to assert counterclaims or crossclaims, without waiver, which may become apparent through the course of this litigation to the fullest extent allowed by law or equity.

## JURY DEMAND

10. Defendant Herceg demands a trial by jury.

**WHEREFORE**, Defendant Herceg prays for this Court to dismiss the Crossclaim of Defendant Congdon asserted against her and award such other and further relief as the Court deems fair and proper and to the maximum extent permitted by law or equity.

Dated: December 18, 2025                             **BOUSQUET HOLSTEIN PLLC**

                                                               */s/ Kavitha Janardhan*
                                                               Kavitha Janardhan, Esq.
                                                               Bar Roll Number: 519962
                                                               Lawrence M. Ordway, Jr.
                                                               Bar Roll Number: 509310
                                                               *Attorneys for Defendant Samantha Herceg*
                                                               110 West Fayette Street, Suite 1000
                                                               Syracuse, New York 13202
                                                               Tel: (315) 422-1500

TO:  **ALL COUNSEL OF RECORD VIA CM/ECF**

7888027.2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2025, I caused the foregoing Reply of Samantha Herceg to be filed electronically with the Clerk of the District Court, Northern District of New York, using the CM/ECF system, which sent automatic and contemporaneous notification of such filing to all counsel who have made an appearance in this action.

    */s/ Kavitha Janardhan*

    _____
    Kavitha Janardhan, Esq.
    Bar Roll Number: 519962