

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 788-0375/Fax: (516) 741-3223

January 26, 2026

Hon. Mitchell J. Katz
United States Magistrate Judge
Northern District of New York
VIA ECF

        Re: Yaron Kweller v. The County of Broome, et al
        Case No.: 24-cv-1328(ECC)(ML)
        Leor Kweller v. The County of Broome et al
        Case No.: 25cv00343(AJB)(MJK)

Dear Judge Katz:

    I am an attorney of record for the plaintiffs Leor Kweller and Yaron Kweller in the above matter. I write in response to the letter of Valerie Demkovich, the mother of defendant Hailey Demkovich (Docket Entry # 73).
    Hailey Demkovich is an adult and, if she is having issues representing herself or obtaining counsel, any request for relief from the Court must come from her directly in the form of an affirmation or affidavit. A letter from her mother should not suffice.
    Plaintiff Yaron Kweller would consent to Hailey Demkovich receiving an extension of time to find new counsel in his case (where she has answered) if her attorney, Edward Kopko, is relieved (though no such motion is currently pending). Provided Hailey Demkovich files an affirmation or affidavit setting forth good cause, Plaintiff Leor Kweller would consent to an extension of time for Hailey Demkovich to respond to the complaint. Her current time expires on February 4, 2026, however. (Docket Entry #70). Plaintiff Leor Kweller therefore would not object to the Court extending that deadline now for a short period of time to afford Ms. Demkovich time to provide good cause and request an extension on her own behalf.
    Eventually, however, Ms. Demkovich must either (a) find new counsel, (b) represent herself or (c) be held in default. Thank you for your consideration in this matter.

        Sincerely,

        s/Oscar Michelen

        OSCAR MICHELEN
        NDNY Bar Roll Number: 705863

cc: All counsel via ECF