

**JAMES J. O'SHEA, ESQ.**
(315) 565-4500
joshea@hancocklaw.com

February 20, 2026

**VIA CM/ECF**
Hon. Anthony J. Brindisi
U.S. District Judge
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad Street
Utica, New York 13501

  Re: *Kweller, et al. v. Congdon, et al.*, No. 3:25-cv-00343 (AJB/MJK)

Dear Judge Brindisi:

  This office represents terminated Defendant Jeff J. Wagner in this matter. Mr. Wagner was terminated from this matter by the Court's Decision and Order dated November 25, 2025 (Dkt. No. 63).

  I write pursuant to Local Rule 11.1(b) to advise the Court that Erica Masler (Bar Roll No. 703595) has left the employ of Hancock Estabrook, LLP. We therefore respectfully request that Ms. Masler be removed from the docket. Hancock Estabrook, LLP will continue to monitor the docket of this matter on behalf of Mr. Wagner.

  Thank you in advance for the Court's attention to this request.

        Respectfully submitted,

        HANCOCK ESTABROOK, LLP

        */s/ James J. O'Shea*

        James J. O'Shea
        (Bar Roll #516403)

JJO/

cc: All counsel of record (*via* CM/ECF)

4927-7123-2400, v. 1